

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Praetorian Insurance Co.

Appellate case number:   01-22-00387-CV

Trial court case number:  2020-44043

Trial court:                    157th District Court of Harris County

Relator, Praetorian Insurance Co., has filed a petition for writ of mandamus challenging the trial court's May 16, 2022 order compelling production of documents in the underlying case. In conjunction with the petition, relator filed an emergency motion requesting a stay of the order. The motion is **granted**. The trial court's May 16, 2022 order compelling production is ordered **stayed** pending resolution of the petition for writ of mandamus or until further order from this Court.

The Court requests that the real party in interest file a response to the petition for writ of mandamus by no later than **June 27, 2022**.

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                                    Acting individually

Date: ___May 27, 2022_____